WELCOME GRAY, Administrator of HENRY READ, deceased, *vs.* AUGUSTUS SCOUT.

AMICABLE action, entered and referred to three referees.

The report stated, in the usual form, that " the subscribers, referees named in the annexed rule of court, having met the parties at, &c., heard the allegations, proofs, &c., do award, &c ;" and it was signed by but *two* of them.

Judgment was opposed because it did not appear from the report that *all* the referees acted ; and

*The Court* set aside the award on this ground, at the term to which it was returned. By consent, the case was again referred.

*Gray* and *Gilpin.* for plaintiff.
*Hamilton* and *Wales*, for defendant.